In the Matter of the Accounting of CLIFFORD H. SEARL, as Executor of FREDERICK A. KAHLER, Deceased. LILLIAN M. KAHLER, as Administratrix C. T. A. of FREDERICK A. KAHLER, Deceased, Appellant; NANCY K. KOBBE, Respondent. — All concur. (Appeal from a decree directing the payment of a claim for support of a child of decedent.) Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ. [See *post*, p. 978.]

LUIGI DI NOTTIA, Appellant, v. CITY OF ROCHESTER, Respondent. — Memorandum: On this record we think that the motion for examination before trial was improvidently denied. All concur. (Appeal from an order denying a motion to examine party before trial, in a negligence action.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.

In the Matter of RAYMOND E. PAGE, Petitioner, against CLIFFORD J. FLETCHER, as Commissioner of Motor Vehicles of the State of New York, Respondent. — Memorandum: We have repeatedly called attention to the necessity of making findings in proceedings of this nature, to the end that intelligent judicial review may be afforded to an aggrieved party. In the instant proceeding the only finding of fact made by the respondent was "The record indicates that he [the petitioner] was convicted of the charge of reckless driving which emanated from the accident". The record does not sustain such finding, but, on the contrary, establishes that petitioner was not convicted of reckless driving or any other charge arising out of the accident being investigated. We do not intimate that grounds for suspension of petitioner's license do not exist, but the present record is barren of any findings sustaining such suspension. (See *Matter of Scudder* v. *O'Connell*, 272 App. Div. 251, and *Matter of Wignall* v. *Fletcher*, 277 App. Div. 828.) All concur. (Review of a determination of the Commissioner of Motor Vehicles suspending petitioner's operator's license for sixty days.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.